AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Brien, Terrence L. | Tenth Circuit | 05/14/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Court of Appeals, Tenth Circuit<br>2120 CareyAve., Suite 200<br>Cheyenne, WY 82001 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

O'Brien, Terrence L.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | State of Wyoming - Judicial Retirement | $50,786.20 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | Wooden Chest | April Brimmer Kunz | $350.00 |
| 3. | Air Fare Cheyenne Vancover Cheyenne | Marian Rochelle | $560.00 |
| 4. | Alaska Tours | April Brimmer Kunz | $985.00 |
| 5. | Alaska Cruise | Marian Rochelle | $5,000.00 |
| 6. | Metz- Lewis & Clark Book | Marian Rochelle | $2,450.00 |
| 7. | Thomas Bronze (1/2 interest) | Marian Rochelle | $3,227.50 |
| 8. | Misc Gifts | April Brimmer Kunz | $900.00 |
| 9. | Christmas & Birthday Gifts ▨ | ▨ | $600.00 |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L. | 05/14/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. IRA#1 Wy Defer Compt Artisan Mid Cap ARTMX | A | Dividend | | | Sold | 12/27/10 | K | C | Proceeds to Line 33 |
| 2. IRA #1 Wy Retire Acct Dreyfus Money Market Reserves | A | Dividend | | | Sold | 12/27/10 | J | A | Proceeds to line 33 |
| 3. IRA#1 WY Defer Comp Dodge & Cox Intl Stock Fund | A | Dividend | | | Sold | 12/27/10 | K | A | Proceeds to line 33 |
| 4. IRA#1 WYDefer Comp Perkins Mid Cap Value Fund | A | Dividend | | | Sold | 12/27/10 | K | D | Proceeds to line33 |
| 5. IRA#1 WY Defer Comp Black Rock Russell 1000 Growth Index T | A | Dividend | | | Sold | 12/27/10 | K | B | Proceeds to Line 33 |
| 6. IRA #2 BA (TD Ameritrade - IRA) | A | Dividend | | | Sold | 12/09/10 | K | D | |
| 7. IRA #2 CLX (TDA-IRA) | A | Dividend | | | Sold | 12/09/10 | J | A | |
| 8. IRA #2 CVX (TDA-IRA) | A | Dividend | | | Sold | 12/09/10 | J | C | |
| 9. IRA#2 DRYS (TDA_IRA) | A | Dividend | | | Sold | 12/09/10 | J | A | |
| 10. IRA #2 GR (TD-IRAA) | A | Dividend | | | Sold | 12/09/10 | J | B | |
| 11. IRA#2 Cash Equivalent Account (TDA-IRA) | A | Interest | L | T | | | | | Converted to Roth IRA |
| 12. BKH (TD Ameritrade) | A | Dividend | | | Sold | 12/09/10 | J | C | |
| 13. BA (TDA) | A | Dividend | | | Sold | 12/09/10 | K | D | |
| 14. CAT (TDA) | A | Dividend | | | Sold | 12/09/10 | K | D | |
| 15. GLW (TDA) | A | Dividend | | | Sold | 12/09/10 | K | D | |
| 16. DD (TDA) | A | Dividend | | | Sold | 12/09/10 | K | D | |
| 17. FCX (TDA) | A | Dividend | | | Sold | 12/09/10 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L. | 05/14/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. IBM (TDA) | A | Dividend | | | Sold | 12/09/10 | K | E | |
| 19. JNJ (TDA) | A | Dividend | | | Sold | 12/09/10 | K | B | |
| 20. KMB (TDA) | A | Dividend | | | Sold | 12/09/10 | J | A | |
| 21. PEP (TDA) | A | Dividend | | | Sold | 12/09/10 | J | A | was PAS |
| 22. RTP (TDA) | A | Dividend | | | Sold | 12/09/10 | K | E | |
| 23. JAVA (TDA) | A | Dividend | | | Sold | 01/28/10 | J | A | |
| 24. TRA (TDA) | A | Dividend | | | Sold | 04/26/10 | K | D | |
| 25. TRN (TDA) | A | Dividend | | | Sold | 12/09/10 | K | C | |
| 26. UNP (TDA) | A | Dividend | | | Sold | 12/09/10 | K | D | |
| 27. VLO (TDA) | A | Dividend | | | Sold | 12/09/10 | K | B | |
| 28. CF (TDA) | A | Dividend | | | Buy | 04/16/10 | J | | |
| 29. CF (TDA) | A | Dividend | | | Sold | 12/09/10 | J | A | |
| 30. PTHAX (TDA) | A | Interest | J | T | | | | | |
| 31. ATCHX (TDA) | A | Interest | J | T | | | | | was VKMHX |
| 32. Cash Equivalent Account (TDA) | A | Interest | N | T | | | | | Was CMFUZ |
| 33. Roth IRA Fidelity Investments | A | Int./Div. | M | T | Buy | 01/03/11 | M | | |
| 34. BRKB (Fidelity Investments) | A | Dividend | | | Sold | 12/09/10 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L. | 05/14/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. IBDRY (Fid) | A | Dividend | | | Sold | 12/09/10 | J | A | |
| 36. BA (Fid) | A | Dividend | | | Sold | 12/09/10 | J | A | |
| 37. FHIGX (Fid) | A | Dividend | L | T | | | | | |
| 38. FTEXX Money Market Account (Fid) | A | Interest | M | T | | | | | |
| 39. Transamerica Annuity #1 | A | Interest | K | T | | | | | was Pacific Fidelity Life |
| 40. Transamerica Annuity #2 | A | Interest | K | T | | | | | was PFL |
| 41. Transamerica Annuity #3 | A | Interest | K | T | | | | | was PFL |
| 42. Promissory Note from▓▓ | D | Interest | N | T | Buy | 05/19/10 | N | | |
| 43. First Interstate Bank Gillette WY Cash Equiv Acct | A | Interest | M | T | | | | | |
| 44. USAA Fed Savings Bank, San Antonio, TX Cash Equiv Acct | A | Interest | M | T | | | | | |
| 45. First NB, Buffalo, WY Cash Equiv Acct | A | Interest | J | T | | | | | |
| 46. American NB, Cheyenne, WY Cash Equiv Acct | A | Interest | L | T | | | | | Acct Closed |
| 47. U S Coins | | None | J | T | | | | | |
| 48. U.S. Bonds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII - I converted my State of Wyoming IRA (lines 1-5) to a Roth IRA with Fidelity Investments (line 33). The SOW issued a check on 12/27/2010 but it did not reach Fidelity for credit to the Roth IRA account until 01/03/2011

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Terrence L. O'Brien**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544